# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DORIS R. SMITH                                                                           PLAINTIFF

VS.                                    CASE NO. 4:17-CV-857-JM

DEPARTMENT OF FINANCE
and ADMINISTRATION                                                      DEFENDANT

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Department of Finance and Administration, by and through its attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Robert T. James, and for its Motion for Summary Judgment, states:

1. Doris Smith has filed an employment discrimination lawsuit against the Department of Finance and Administration ("DFA") alleging that that she did not receive a second promotion because of her race. (Doc. No. 17). Smith alleged violations under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000 *et. seq.*) and 42 U.S.C. § 1983. (Doc. No. 17)

2. Smith was promoted to a higher pay grade in the amount of $6,022 annuallly She wanted to be promoted again but her and nine other employees were not promoted again based upon the implementation process pursuant to Ark. Code Ann. § 21-5-219.

3. Smith remained at her initial promotion pay grade based upon a legitimate, non-discriminatory reason. This Court's judgment should not be substituted for DFA's. business judgment.

4. Smith has failed to show that DFA's employment decision was based upon race and DFA is entitled to judgment as a matter of law.

5. Smith was terminated for a legitimate, non-discriminatory reason and not as a pre

text to DFA's actions, thus, DFA is entitled to judgment as a matter of law.

6. Smith has failed to show that DFA's legitimate, non-discriminatory reason for Smith's pay grade and her termination are causally connected, thus, DFA is entitled to judgment as a matter of law as to the retaliation claim. Furthermore, DFA's actions lack temporal proximity.

7. A brief in support of this motion is being filed contemporaneously herein.

8. The following exhibits are attached hereto:

- Exhibit "A" – Excerpts of Deposition of Doris Smith.
- Exhibit "B" – Affidavit of Ka Barnhill
- Exhibit "C" – Senate Bill 365
- Exhibit "D" – Amendment to SB365
- Exhibit "E" – Amendment too AB365 signed by Governor
- Exhibit "F" – Ark. Code Ann. § 21-5-210
- Exhibit – "G"-Proposed Compensation Plan
- Exhibit "H" – Charge of Discrimination x00611
- Exhibit "I" – Charge of Discrimination x01267
- Exhibit "J" – Charge of Discrimination x01267
- Exhibit "K" – Affidavit of John Shelnutt
- Exhibit "L" – Affidavit of Melanie Hazeslip
- Exhibit "M" – Affidavit of Vickie Mills
- Exhibit "N" – Affidavit of Joel DiPippa
- Exhibit "O" – Affidavit of Lynne Reynolds
- Exhibit "P" – Affidavit of Deanna Munds-Smith

- Exhibit "Q" – Affidavit of Wayne Hamric

- Exhibit "R" – Affidavit of Amanda Endsley

- Exhibit "S:- Termination Letter

- Exhibit "T" – Excerpts of Deposition of Paul Louthian

WHEREFORE, Defendant, Department of Finance and Administration, prays that its Motion for Summary Judgment be granted and Plaintiff's Complaint be dismissed.

Respectfully submitted,

Leslie Rutledge
Attorney General

By: /s/ Robert T. James
Robert T. James
Arkansas Bar No. 91008
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682.3658
Fax: (501) 682.2591
robert.james@arkansasag.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Robert T. James, Assistant Attorney General, hereby certify that on January 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants:

Austin Porter, Jr.
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201

/s/ Robert T. James
Robert T. James