

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DORIS R. SMITH            PLAINTIFF

V.            NO. 4:17CV000857

ARKANSAS DEPARTMENT OF FINANCE
AND ADMINISTRATION            DEFENDANT

### VERDICT FORM

**NOTE: COMPLETE THE FOLLOWING PARAGRAPH BY WRITING IN THE NAME REQUIRED BY YOUR VERDICT.**

**VERDICT 1.** ON THE PLAINTIFF'S RACE DISCRIMINATION CLAIM, AS SUBMITTED IN INSTRUCTION NO. 7, WE FIND IN FAVOR OF

__DORIS R. SMITH__
(PLAINTIFF DORIS R. SMITH)    OR    (DEFENDANT ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION)

**NOTE**: COMPLETE THE FOLLOWING PARAGRAPH ONLY IF YOUR ANSWER TO THE PRECEDING QUESTION IS IN FAVOR OF PLAINTIFF. IF YOUR ANSWER TO THE PRECEDING QUESTION IS IN FAVOR OF THE DEENDANT, YOU HAVE COMPLETED YOUR DELIBERATIONS ON THIS CLAIM.

**QUESTION 1.A.** HAS IT BEEN PROVED THAT THE DEFENDANT WOULD NOT HAVE PROMOTED THE PLAINTIFF TO PAY GRADE CLASSIFICATION OF SE02 REGARDLESS OF HER RACE?

       ___YES        _X_NO
(MARK AN "X" IN THE APPROPRIATE SPACE)

NOTE: COMPLETE THE FOLLOWING PARAGRAPH BY WRITING THE NAME REQUIRED BY YOUR VERDICT.

**VERDICT 2.** ON THE PLAINTIFF'S RETALIATION CLAIM, AS SUBMITTED IN

INSTRUCTION NO. 11, WE FIND IN FAVOR OF

<u>DORIS R. SMITH</u>
(PLAINTIFF DORIS R. SMITH)     OR     (DEFENDANT ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION)

NOTE: COMPLETE THE FOLLOWING PARAGRAPH ONLY IF YOUR ANSWER TO THE PRECEDING QUESTION IS IN FAVOR OF PLAINTIFF. IF YOUR ANSWER TO THE PROCEEDING QUESTION IS IN FAVOR OF THE DEENDANT, YOU HAVE COMPLETED YOUR DELIBERATIONS ON THIS CLAIM.

**QUESTION 2.A.** HAS IT BEEN PROVED THAT THE DEFENDANT WOULD HAVE DISCHARGED THE PLAINTIFF REGARDLESS OF HER FILING AN EEOC CHARGE?

___YES       _X_ NO
(MARK AN "X" IN THE APPROPRIATE SPACE)

NOTE: COMPLETE THE FOLLOWING PARAGRAPH BY WRITING THE NAME REQUIRED BY YOUR VERDICT.

**VERDICT 3.** ON THE PLAINTIFF'S RETALIATION CLAIM, AS SUBMITTED IN INSTRUCTION NO. 12, WE FIND IN FAVOR OF

DORIS R. SMITH
(PLAINTIFF DORIS R. SMITH)   OR   (DEFENDANT ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION)

NOTE: COMPLETE THE FOLLOWING PARAGRAPH ONLY IF YOUR ANSWER TO THE PRECEDING QUESTION IS IN FAVOR OF PLAINTIFF. IF YOUR ANSWER TO THE PROCEEDING QUESTION IS IN FAVOR OF THE DEENDANT, YOU HAVE COMPLETED YOUR DELIBERATIONS ON THIS CLAIM.

**QUESTION 3.A.** HAS IT BEEN PROVED THAT THE DEFENDANT WOULD HAVE DISCHARGED THE PLAINTIFF REGARDLESS OF HER COMPLAINT OF RACE DISCRIMINATION?

___YES   X NO
(MARK AN "X" IN THE APPROPRIATE SPACE)

NOTE: COMPLETE THE FOLLOWING PARAGRAPH ONLY IF YOU FOUND IN FAVOR OF THE PLAINTIFF ON VERDICT 1 AND THE ANSWER TO QUESTION 1.A. IS "NO"; OR,

IF YOU FOUND IN FAVOR OF THE PLAINTIFF ON VERDICT 2 AND THE ANSWER TO QUESTION 2.A. IS "NO"; OR,

IF YOU FOUND IN FAVOR OF THE PLAINTIFF ON VERDICT 3 AND THE ANSWER TO QUESTION 3.A. IS "NO".

IF YOU HAVE FOUND FOR THE DEFENDANT ON VERDICTS 1, 2 OR 3 OR IF YOU ANSWERED "YES" TO THE QUESTIONS FOLLOWING THE VERDICTS, HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOU HAVE COMPLETED YOUR DELIBERATIONS ON THESE CLAIMS.

WE FIND PLAINTIFF'S LOST WAGES AND BENEFITS THROUGH THE DATE OF THIS VERDICT TO BE:

$223,333.81 (STATING THE AMOUNT, OR IF NONE, WRITE THE WORD "NONE").

WE FIND PLAINTIFF'S OTHER DAMAGES, EXCLUDING LOST WAGES AND BENEFITS TO BE:

$108,000.00 (STATING THE AMOUNT, OR IF YOU FIND THAT THE PLAINTIFF'S DAMAGES DO NOT HAVE A MONETARY VALUE, WRITE IN THE NOMINAL AMOUNT OF ONE DOLLAR ($1.00)).

_____
FOREPERSON

6-11-20
_____
DATE