IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DORIS R. SMITH**                                                                                           **PLAINTIFF**

**V.**                                **CASE NO. 4:17CV00857 JM**

**DEPARTMENT OF FINANCE**
**AND ADMINISTRATION**                                                                       **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial June 8 – 11, 2020, before the Court and a jury, the Honorable James M. Moody Jr., United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on June 11, 2020, in favor of the plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Doris R. Smith, take of and from the defendant, Arkansas Department of Finance and Administration on her complaint against the Arkansas Department of Finance and Administration three hundred and thirty-one thousand, three hundred and thirty-three dollars and eighty-one cents ($331,333.81) plus interest in the amount of 0.19 % from this date until the date paid.

Dated this 16th day of June, 2020.

_____
James M. Moody, Jr.
United States District Judge