IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DORIS R. SMITH**                                                                                              **PLAINTIFF**

VS.                                    **CASE NO. 4:17-CV-857-JM**

**DEPARTMENT OF FINANCE
and ADMINISTRATION**                                                              **DEFENDANT**

### SATISFACTION OF JUDGMENT

I, Doris R. Smith, state that the Arkansas Department of Finance and Administration has Satisfied the Judgement of *Doris R. Smith v. Department of Finance and Administration*, Case No. 4:17-cv-857-JM, in the United States District Court, Eastern District of Arkansas, Western Division. The judgment is in the sum of ($331,333.81) plus interest in the amount of 0.19 % from this date until the date paid. (Doc.No.82)

_____
DORIS R. SMITH, PLAINTIFF

DATE  7-22-2020

_____
AUSTIN PORTER, JR.
ATTORNEY FOR PLAINTIFF

DATE:  7-22-2020

Prepared by:

Robert T. James
Associate Attorney General
Attorney for Defendant